## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 01 2005

OFFICE OF THE CLERK

Clifton Chapman,        )
_____     )   Case Number: 8:05CV133
Plaintiff               )
                        )   CONSENT TO EXERCISE
v.                      )   OF JURISDICTION BY A
                        )   UNITED STATES MAGISTRATE JUDGE
John Doe et al,         )   AND
_____     )   ORDER OF REFERENCE
Defendant               )

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For City of Omaha et al | 6/27/05 |
| [signature] | For Clifton Chapman | 6/30/05 |
|  | For _____ | _____ |
|  | For _____ | _____ |
|  | For _____ | _____ |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

July 1, 2005                       [signature]
_____                    _____
Date                               United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.