### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CLIFTON CHAPMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:05CV133** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JASON MARTINEZ, MARCUS TAYLOR, DUSTIN NORRIS, LAWRENCE REYNARD AND CITY OF OMAHA,** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Leave to File an Amended Complaint (Filing No. 17). The plaintiff attached a copy of the proposed complaint to the motion. **See** Filing No. 17, Exhibit A. The plaintiff seeks to amend the complaint to correct and amplify previously alleged claims, and to identify with specificity previously unidentified defendants. The Order Setting Schedule for Initial Progression of a Case sets the deadline for adding parties by the plaintiff as October 15, 2005 (Filing No. 10). The court heard the motion during a telephone conference on October 14, 2005. Upon consideration, the court granted the motion.

**IT IS ORDERED:**

1. The plaintiff's Motion for Leave to File an Amended Complaint (Filing No. 17) is granted.

2. The plaintiff shall have to **on or before November 1, 2005**, to file the amended complaint.

3. The Clerk of Court is directed to change the caption to reflect the caption in the proposed amended complaint.

Dated this 18th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge