## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CLIFTON CHAPMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV133** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JASON MARTINEZ, MARCUS TAYLOR,** | ) | |
| **DUSTIN MORRIS, LAWRENCE** | ) | |
| **REYNARD and CITY OF OMAHA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court after a telephone conference with counsel for the parties on July 17, 2006.  Previously, the court stayed the proceedings with respect to defendant Morris, but denied any stay of the proceedings with respect to the remaining defendants (Filing No. 42).  During the conference, counsel for the plaintiff requested that trial in this matter be stayed with regard to all defendants pending Morris's return from military service.  Further, the parties wished to be allowed to continue with discovery by agreement as to the remaining defendants.  Upon consideration, the stay in this matter is expanded to include the trial of this matter for all defendants.  The pretrial conference and trial date previously scheduled are cancelled and will be rescheduled upon Morris's return from military service.  Counsel for Morris shall file a status report of Morris's expected return from military service **on or before July 20, 2007.**

**IT IS SO ORDERED.**

DATED this 17th day of July, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge