IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CLIFTON CHAPMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV133 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JASON MARTINEZ, MARCUS TAYLOR, DUSTIN MORRIS, LAWRENCE REYNARD and CITY OF OMAHA,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' November 20, 2007 status report (Filing No. 52). The defendants state Mr. Morris may return from active military service by the end of 2007. The stay in this matter will be lifted after a telephone conference with counsel for the parties. Accordingly,

**IT IS ORDERED,**

A telephone conference with the undersigned magistrate judge will be held on **February 1, 2008, at 10:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. The plaintiff's counsel shall initiate the telephone conference.

DATED this 21st day of November, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge