IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFTON CHAPMAN, <br><br>  Plaintiff, <br><br> vs. <br><br> JASON MARTINEZ, <br> MARCUS TAYLOR, <br> DUSTIN MORRIS, <br> LAWRENCE REYNARD AND <br> CITY OF OMAHA, NEBRASKA, <br>  Defendant. | Case No.  8:05cv133 <br><br> ORDER <br> TO WITHDRAW EXHIBITS <br> OR TO SHOW CAUSE WHY <br> EXHIBITS SHOULD NOT BE <br> DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendants Jason Martinez, Marcus Taylor, Dustin Morris, Lawrence Reynard and City of Omaha, Nebraska shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibits 108, 111-112, 119-127, 130, 133, 135 / Trial / July 28 - 31, 2008

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 23rd day of June, 2010.

s/ Thomas D. Thalken
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd

Approved 02/15/07